Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSE MORAN, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendant. | Case No.  5:25-cv-476<br><br>**PLAINTIFF/S CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
2 | conflict or interest (other than the named parties) to report.

3 | Dated:  January 14, 2025                Respectfully submitted,

4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

6 | By: */s/ Roger N. Heller*
7 |      Roger N. Heller

8 | Elizabeth J. Cabraser (State Bar No. 083151)
  | Roger N. Heller (State Bar No. 215348)
  | LIEFF CABRASER HEIMANN &
9 | BERNSTEIN, LLP
  | 275 Battery Street, 29th Floor
10 | San Francisco, CA 94111-3339
  | Telephone: (415) 956-1000
11 | ecabraser@lchb.com
  | rheller@lchb.com

13 | Jason L. Lichtman (*pro hac vice* forthcoming)
  | Danna Z. Elmasry (*pro hac vice* forthcoming)
  | LIEFF CABRASER HEIMANN &
14 | BERNSTEIN, LLP
  | 250 Hudson Street, 8th Floor
15 | New York, New York 10013-1413
  | Telephone: (212) 355-9500
16 | jlichtman@lchb.com
  | delmasry@lchb.com

18 | *Attorneys for Plaintiff and the Proposed Class*

3162435.3     -1-     CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

*/s/ Roger N. Heller*
Roger N. Heller